IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Eugene Brooks,<br><br>            Petitioner,<br>vs.<br><br>David Shinn, et al.,<br><br>           Respondents. | No. CV-19-00963-PHX-SPL<br><br>**ORDER** |

      Petitioner Michael Eugene Brooks has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The Honorable James F. Metcalf, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 26), recommending that the Court: (1) grant Petitioner's motion to amend to delete Grounds 9, 10, and 11; (2) dismiss Grounds 7 and 8 with prejudice for failure to state a cognizable claim; (3) dismiss Grounds 3A, 3B, 3C, 3E, 4, 5, and 6 with prejudice as procedurally defaulted, (4) deny Grounds 1, 2, and 3D and the balance of the Petition; and (5) deny Petitioner's Motion to Stay and Abey. Judge Metcalf advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 26 at 45) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

      The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

(1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will thus adopt the R&R. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 26) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that with regard to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1):

   a. Petitioner's motion to amend the Petition to delete Grounds 9, 10, and 11 is **granted** and the Petition is **deemed amended** to delete Grounds 9, 10 and 11;

   b. Grounds 7 and 8 are **dismissed with prejudice** for failure to state a cognizable claim;

   c. Grounds 3A, 3B, 3C, 3E, 4, 5, and 6 are **dismissed with prejudice** as procedurally defaulted; and

   d. Grounds 1, 2, and 3D, and the balance of the Petition are **denied**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Stay and Abey (Doc. 23) is **denied**.

///
///
///
///
///

1       **IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 2nd day of November, 2020.

                                                  Honorable Steven P. Logan
                                                  United States District Judge